**UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION AT LAFAYETTE**

| | | |
|---|---|---|
| GLEN BUDIMIR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No: 4:21-cv-00019-TLS-JEM |
| | ) | |
| INDIANA BEACH HOLDINGS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S DESIGNATION OF EVIDENCE**

COMES NOW, Defendant, Indiana Beach Holdings LLC, by and through counsel Edward W. Hearn of Johnson & Bell P.C. and does hereby submit and hereby designates the following evidence in support of their Motion for Summary Judgment:

Exhibit A: Affidavit of Mr. Michael Hobart.

Exhibit B: Deposition transcript of Plaintiff.

Respectfully submitted,

**JOHNSON & BELL, P.C.**

By: */s/Edward W. Hearn*

Edward W. Hearn, #18691-64
11041 Broadway
Crown Point, IN 46307
219/791-1900

**CERTIFICATE OF SERVICE**

I certify that on June 23, 2023, the foregoing document was filed using this Court's CM/ECF system and this document was served on all counsel of record via electronic mail at:

John H. Haskin - jhaskin@jhaskinlaw.com
Natalie R. Dickey - ndickey@jhaskinlaw.com

*/s/ Edward W. Hearn*
Edward W. Hearn, #18691-64