**UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| GLEN BUDIMIR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No: 4:21-cv-00019-TLS-JEM |
| | ) | |
| INDIANA BEACH HOLDINGS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**AFFIDAVIT OF MICHAEL HOBART**

COMES NOW, the Affiant, Michael Hobart, who upon his oath, testifies as follows:

1. I, Michael Hobart, testify that I am above the age of majority, am competent to testify to, and have personal knowledge of, the information contained in this Affidavit.

2. I have worked at Indiana Beach Amusement and Water Park Resort ("Indiana Beach") in various capacities, since 2000. I worked as a full-time welder for Indiana Beach, beginning in 2005. In 2016, I was promoted to the position of maintenance manager. Shortly thereafter, I became the director of maintenance for Indiana Beach. In Spring of 2023, I accepted a position as the general manager for Indiana Beach, under the ownership of Indiana Beach Holdings, LLC.

3. Indiana Beach was first opened in 1926 by the Spackman family. The Spackman family sold it in 2008 to Morgan RV, LLC ("Morgan"). Morgan owned Indiana Beach for a few years, but sold it to Apex Parks Group, LLC ("Apex") in 2015. Apex owned Indiana Beach until 2020. In 2020, Apex filed for bankruptcy. This was right around the beginning of the COVID-19 Pandemic, when the



Exhibit A

entertainment and amusement industry was especially hit hard by the effects of the pandemic.

4. After Apex declared bankruptcy, Indiana Beach ceased operations for a period of time. As a result, all Indiana Beach employees were terminated.

5. In April of 2020, Indiana Beach Holdings, LLC ("Indiana Beach Holdings"), purchased the assets of Indiana Beach, before Apex filed for bankruptcy.

6. At the time of the purchase, the state of Indiana placed emergency orders in effect that prevented businesses such as Indiana Beach from opening. At the time of the purchase, there was no way of knowing when the park would be allowed to resume operations. There was a great deal of uncertainty concerning when the park would be allowed to open as well as uncertainty concerning the park's attendance levels.

7. When the time came to begin staffing the park, Indiana Beach Holdings selected the applicants who Indiana Beach Holdings believed could meet the required standards for employment.

8. Indiana Beach reopened on June 27, 2020.

9. Indiana Beach Holdings did not hire some of the employees who had worked at Indiana Beach previously under Apex.

10. For the employees hired by Indiana Beach Holdings who previously worked for Apex, it was made clear that more would be expected from them under Indiana Beach Holdings.

11. Indiana Beach Holdings consolidated many employment positions that were previously held by separate individuals under Apex. Additionally, employees that were hired by Indiana Beach Holdings held additional responsibilities beyond

those held under Apex. Indiana Beach Holdings needed to streamline the workforce previously used by Apex. In other words, Indiana Beach Holdings "expected more" from its employees than was the situation under Apex.

12. Glen Budimir was one of the employees who had worked for the previous ownership, specifically under Apex and Morgan. Mr. Budimir's employment had been terminated previously due to the closing of Indiana Beach Amusement Park in 2020.

13. Mr. Budimir applied for a maintenance-related position with Indiana Beach Holdings.

14. When considering Budimir's candidacy, I consulted with members of the hiring committee. Indiana Beach Holdings also performed due diligence in reviewing candidates. This review included an evaluation of their work history, their work-performance and any relevant evidence concerning their character and professionalism.

15. Indiana Beach Holdings decided not to hire Mr. Budimir.

16. The determination was that Mr. Budimir did not meet the standard Indiana Beach Holdings required of all hired employees.

17. During his past employment at Indiana Beach, Mr. Budimir was often observed taking unapproved breaks during work hours. Mr. Budimir was often caught smoking on work premises, during work hours, even after being told it was not allowed. Mr. Budimir was also known to keep a sloppy work area.

18. Indiana Beach Holdings required more from its employees because of the added responsibilities and consolidation of certain positions. Indiana Beach Holdings

chose not to hire Mr. Budimir because Indiana Beach Holdings did not feel as though Mr. Budimir met the standard required of all employees.

19. Indiana Beach Holdings employs numerous people who are over the age of 60. Many full-time maintenance employees are 60 years of age or older.

20. Mr. Budimir never claimed to be disabled on his job application, nor did he communicate that he had a disability to Indiana Beach Holdings. It wasn't known that Budimir had/has any disability, because he never communicated that information on his application. Mr. Budimir, in his years of employment under Apex, and in his application for employment, never documented that he had/has a disability.

21. Because there was no knowledge of any disability on record, information related to a disability in no way factored into the decision not to hire Mr. Budimir.

22. The entertainment and amusement industries were devastated by the economic downturn during the COVID-19 pandemic. The difficult reality of the downturn required Indiana Beach Holdings to make decisions regarding which Apex employes to hire. It also meant, in many cases, that positions that existed under Apex became consolidated. It further meant that hired employees had more responsibilities under Indiana Beach Holdings. Mr. Budimir was not hired because the hiring committee did not feel, based on observations of his unapproved breaks, and unauthorized smoking, that he met the standard required. Indiana Beach Holdings employs many people who are age 60 or older. Moreover, Mr. Budimir never disclosed any disability in his application to work for Indiana Beach Holdings, so the hiring committee had no knowledge about any disability he had/has.

23. Mr. Budimir was not hired because he did not meet the standard Indiana Beach Holdings set in place for its employees. Budimir's age and disability status in no way factored into the decision to decline to hire him.

**I AFFIRM, under the penalties for perjury, that the foregoing representations are true and correct.**

DATED: 6-23-, 2023.

Michael Hobart

Respectfully submitted:

JOHNSON & BELL, P.C.

By: */s/Edward W. Hearn*
Edward W. Hearn, #18691-64
11041 Broadway
Crown Point, Indiana 46307
(219) 791-1900
hearne@jbltd.com