CERTIFIED COPY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF INDIANA

HAMMOND DIVISION AT LAFAYETTE

| | | |
|---|---|---|
| GLEN BUDIMIR, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CAUSE NUMBER 4:21-cv-00019-TLS-JEM |
| INDIANA BEACH HOLDINGS, LLC, | ) | |
| Defendant | ) | |

The deposition upon oral examination of

**GLEN BUDIMIR,**

**on WEDNESDAY, APRIL 13, 2022,**

a witness produced and sworn before me, Gail Malm Armstrong, Notary Public for the State of Indiana, at the offices of Christopher P. Phillips, Phillips Law Office, P.C., 103 South Main Street, Suite A, Monticello, Indiana, 47960, pursuant to the Federal Rules of Civil Procedure with written notice and subpoena by the parties as to time, place and date. This deposition was taken on behalf of the Defendant in the above-captioned cause.

GAIL MALM ARMSTRONG
CERTIFIED COURT REPORTER
2305 S, 600 WEST
LOGANSPORT, INDIANA 46947-8318
574.297.4938
GAILMALMCR.COM
GAILMALM@GMAIL.COM

Exhibit B

bars. You check the seat belts. You do and you operate the ride, and when the ride's over, then you let them out. You thank them for coming to Indiana Beach, okay, and "Enjoy the rest of your day while you're at the park."
Q So you're the guy on the microphone that no one listens to probably, right?
A Yeah. Probably --
Q You're telling them to buckle up and do all these things and no one's listening to you.
A right?
Q But you're, you're the guy with the microphone and the one that pushes the buttons.
A You're the guy, you're the guy giving the fun ride they ride with.
Q Okay, and you hit the button, start it. Hit the button, end it. Make sure it functions safely --
A Right.
Q -- during the course, right? Right?
A Correct.
Q Okay. Before you started at Indiana, how old were you when you started at Indiana Beach?
A Oh, let's see. I'm going to be sixty-two now. So --
Q Forty-eight?
A -- I'd say, yeah, forty, forty-eight.
Q Okay. I just said sixty-two minus fourteen. What did you

Q Ride mechanic. I'm sorry. Yeah.
A I did two seasons a ride mechanic.
Q Two seasons?
A Right.
Q So your first two years you were a ride --
A I mean ride, ride operator.
Q Ride operator.
A Right.
Q That's where I got operator from, ride operator. What job did you go and do after that?
A Then I was asked to go into maintenance, ride maintenance.
Q And that would be ride mechanic, right?
A A mechanic, maintenance.
Q Okay. So how long had you been a ride mechanic for Indiana Beach?
A I worked ride mechanic. In 2010 I started in maintenance. They call it maintenance. It's because you did more than just rides. You did everything they required you to do, if you had to do carpentry, if you had to put down sod, if you had to put in windows or if you had to, you know, just being a mechanic at Indiana Beach doesn't mean you just do rides. You do whatever they ask you to do. So like concrete work or whatever. So I was there 2010 till my termination date when Apex closed the park on February 18th of twenty-twenty.

Q February 18th of 2020?
A That was the last operating day, I believe.
Q Okay. How many ride mechanics or mechanics, whatever you want to call them -- I think it said ride mechanic in the complaint -- were there at Indiana Beach over that period of time generally at any given time?
A That came and went?
Q Like, how many were typically -- were, were there ten ride mechanics at any given time?
A For full-time?
Q Yeah.
A Full-time mechanics would be -- yeah, I would say in the neighborhood of eight to ten.
Q Okay, and on any given time, how many part-time? I assume there's part-time by the way you said that.
A I, I couldn't tell you who they hired in the summer for part-time mechanics. I --
Q But there's generally a few people who just worked summer?
A They would bring in part-time mechanics, seasonal mechanics, and then --
Q Okay.
A -- they would release them in the fall --
Q Okay.
A -- and let them go.
Q But you would typically be employed from March to October?

A I was employed full-time. I worked all year.
Q But you, you worked even when the plant was closed.
A I was a full-time employee.
Q Okay. So even in December when the park's not operating, you're --
A Even when the --
Q -- still working.
A -- park closed, you tear the rides down, you get them ready for the next season.
Q Okay. You mentioned that you were hired by -- what group of individuals owned the park? How many different companies or individuals owned the park during your ten or twelve years there?
A I don't understand the question.
Q When you got hired in 2008, who owned the park?
A The Spackman family.
Q Okay. At some point during your tenure at Indiana Beach, they sold the park, correct?
A Yes, they did.
Q Okay, and who did they sell the park to?
A They sold the park to Morgan RV the first time.
Q Okay, and did they buy the park back?
A Morgan RV put the park up for sale and Apex Parks Group bought the park --
Q All right.

Q Bob Hammonds?
A Bob Hammonds was a rides mechanic.
Q Gary Fawks, Fawks, Fawks?
A Gary Fawks is park manager.
Q Okay. Was Gary -- is it Fawks or Fawks?
A Fawks, I think.
Q Fawks. Was he the manager when you were there under Apex Group?
A Yeah. He was -- yes, he was plant manager under Apex, retained by Gene Staple when they took over.
Q Was Mike Hobart there under Apex?
A Um-hmm. Yes.
Q Okay. He was supervisor under Apex?
A He was supervisor, yes.
Q Okay. Let's go -- going back through this list. Bob, Bob Hammonds, you said he was a ride mechanic?
A Bob Hammonds was a -- yes, a ride mechanic.
Q When's the last time you remember him working there?
A I believe was twenty-nineteen.
Q So shortly before you left?
A Yeah. He, he wanted full-time position. They wouldn't offer him full-time position. So he took a job elsewhere.
Q Okay. How old was Mr. Hammonds? Do you -- roughly?
A I suspect he was -- I don't know -- about upper forties to fifty.

Q Bob Kurts. You said he was a rides mechanic?
A Yes. He was a part-time ride mechanic.
Q Part-time as well?
A Right.
Q When was the last time you remember Mr. Kurts working at Indiana Beach?
A It was -- he was being part-time, he got let go after the season of twenty-nineteen.
Q Again, same similar question through these people. Roughly how old was Mr. Kurts?
A Seventy.
Q Seventy?
A Seventy years old.
Q Mike Fite, you said he was a rides mechanic?
A No. He was a welder.
Q Does that -- were all those people classified under mechanics or is there a different job of welder?
A Well, he would help do -- he would help repair rides if something needed welding, but he was considered a welder.
Q When's the last time you recall Mr. Fite working at Indiana Beach?
A I believe he left for White County Highway Department -- I'm not sure. I -- don't quote me -- maybe twenty-seventeen or twenty-eighteen.
Q Okay. Was he full-time?

Q When's the last time you remember Mr. Tam working there?
A He was still employed in twenty-twenty when I -- he was retained by the company. I believe he's retired now.
Q Approximately how old is Mr. Tam?
A He's roughly sixty-three, sixty-four.
Q Okay. How old are you?
A I'm sixty-two. I'll be sixty-two.
Q You were sixty when your --
A In twenty-twenty I was --
Q -- when your employment ended.
A -- sixty. Yeah.
Q Okay. So in two -- I think we been over this a little bit. I'm not sure if I asked the specific question. In 2019, kind of tell me about your specific job requirements.
A My job requirements was every morning we'd go in and we'd perform our daily inspections, inspect the rides which we start at six a.m. in the morning and roughly the park would open at eleven a.m. So you had to have your rides inspected and ready to go, and after that when the park opened, people would come in.
It was -- you would do ride calls or you would work on basically if they had something, a gear box that needed to be repaired or whatever was broke down at the time to get ready in case you had a malfunction on a ride that

A I have -- I never had any disciplinary action taken against me the whole time I was employed at Indiana Beach.
Q Ever, ever reprimanded verbally?
A Never. Never.
Q Ever any issues showing up for work on time?
A As I wasn't -- I could count on my hand probably how many times I missed due to just being ill. I, I have an outstanding record as far as attendance with Indiana Beach or whoever owned it at any time.
Q Okay. Tell me about the conversations between you and Apex when the park is ending. What, what was your understanding of your employment status when the park closed?
A It was a surprise to us. I had no idea it was coming. I mean, my employment status was good. I was at work every day and --
Q Bad, bad question on my part which is typical. I usually ask bad questions. When, when the park closed on February 18th, 2020 -- we're assuming that's the right date the park closed, right? Was everyone who was employed under Apex unemployed as of the 19th of February?
A Everybody was -- yeah. Everybody who was employed signed a termination sheet saying that their employment was no longer, was terminated with Apex Park due to their closing down.

called back to work. That's what I believe. I mean, it's --

Q But do, do you agree? It's yes or no. Do you agree that from February 18th, 2020, to whatever date they started bringing employees back, you would have been unemployed just like everyone else until they were called back to work?

A Yes.

Q Okay.

A I believe I would have been unemployed like --

Q Okay.

A -- everybody else.

Q Okay. Whatever period of time that was, if it was end of April, there would have been two months that you would have been unemployed.

A Right.

Q Okay.

A Right.

Q Do you recall when, when you became aware of the ability to apply for a job under Indiana Beach Holdings or the Staples' ownership?

A Online they had -- on the radio they said that -- they were talking about employment opportunities with the new, new owner of Indiana Beach. So applied online through their website and that's when I, I reapplied online for

employment.

Q Do you recall when that was approximately?

A Oh, I'd have to say it was late April to early, like, May.

Q Same general time frame you talked to Mr. Hobart?

A Yeah.

Q Okay. In that application process, do you have to apply for a certain job or you're just applying for general --

A I applied for a maintenance position.

Q Okay. What, what, if any, questions are you asked about your ability to do the job on the application process?

A They, they'd asked for experience and on their, their own web page said the most, only the most experienced people will be considered for a position.

Q Let's talk about your disability for a little bit, okay? When did -- have you ever been diagnosed with -- I'm probably going to say this wrong -- Perthes Disease?

A Perthes Disease.

Q What is it?

A Perthes --

Q Percy's [*sic*].

A -- Disease.

Q Okay. Percy's Disease. When, when did you -- when were you diagnosed with that?

A I was diagnosed with it in 1976.

Q So right around the time you graduated high school?

Q You're talking about the, about the employees. Then you said Mr. Hobart. Was there a specific conversation of, "I was diagnosed with Perthes Disease or, you know, I have this condition. It's called Perthes Disease," and, like, tell me about those conversations.
A Well, no, it's just they asked me why I limped, why I walked, I mean, just in casual conversation, you know. They -- it's not like I was ever, you know, they were just wondering what had happened to me, you know, what, what caused my condition. I mean, they never sent me for no kind of physical --
Q Okay.
A -- or they -- there was nothing like that.
Q And the -- in the application process, is there a disclosure of any diseases that you have?
A For Indiana Beach?
Q Yeah.
A I don't recall.
Q Okay. So on the application process for Indiana Beach Holdings, you didn't put in the application process that you had Perthes Disease?
A They didn't ask.
Q Okay. With, with respect to Apex Group, did you ever have a conversation with anyone from Apex Group about your disease?

A No, because I was retained from Morgan RV. There, there was no application process.

Q Okay. Would it be fair to say that Mr. Hobart was the highest ranking -- I have to get rid of that chair -- was the highest-ranking person that you had this conversation with about your Perthes Disease?

A No. Gary Fawks, also, I had a conversation with him too

Q A Mr. Fawks as well.

A Mr. Fawks knew as well.

Q Okay, and Mr. Fawks is above Mr. Hobart, right?

A Yes. He was plant -- he was park manager.

Q When was the conversation with Mr. Fawks?

A Oh.

Q Roughly. I, I know --

A Roughly? Shortly after Apex took possession of the park.

Q Was, was Mr. Fawks there under Morgan RV?

A He didn't work for Morgan RV.

Q Okay. So Mr. Fawks was new under Apex Group.

A He was new under Apex.

Q Okay.

A Well, he was actually -- there was a gentleman before him -- I don't remember his name -- that was park manager. Then they switched him out and Mr. Fawks became park manager.

Q So tell me about the specific conversation with Mr. Fawks.

A It was just an introduction thing, you know, and you introduce yourself and that, and he noticed that I walked with a limp and he just asked me, and I said -- well, I explained to him what happened to me as a young man, as a child and I, you know, I didn't think anything would ever come of it, but --
Q Okay.
A -- I mean, it's just casual conversation. When you get introduced, like introduce me and to you, you know, and, you know, it -- sometimes questions come up. "Hey, I notice you walk with a limp. I notice you do this. You do that," I mean. So --
Q But you don't believe there was ever, that that ever caused a limitation of you doing your job.
A No. I've --
Q Okay.
A -- did my job faithfully ever day I come.
Q From your, from your point of view, how would Indiana Beach Holdings, LLC had known about your disability?
A The people that were retained there, Mr. Hobart and Mr. Fawks, would have to make the determination who gets hired and who doesn't get hired.
Q You're making that assumption, right?
A I'm not make -- that's who makes the -- they were in charge of hiring --

Q So you, you don't think -- you don't think Indiana Beach Holdings made any decisions about who to retain and who not to retain.
A As far as what I was told by Mr. Hobart on the phone, it was up to Mr. Fawks who got hired.
Q But you think those decisions came from a management level, not an ownership level.
A I believe so.
Q Okay. From an ownership point of view, you agree that you did not have a specific conversation with any ownership people of Apex or Indiana Beach Holdings, LLC about your disability.
A I had no conversations with any ownership whatsoever of Indiana Beach Holding.
Q What about under Apex?
A No, no owners with Apex. I never --
Q Okay.
A -- I don't even know who owned Apex Park.
Q I know. I don't think anybody knows. Okay. Getting back to your claim for a minute under your complaint, you had talked -- when I asked you about your complaint, you said age and/or this Perthes Disease, right?
A Correct.
Q Okay. From your point of view -- and maybe, maybe the answer is yes, no, even when -- do you believe it's more

there, the only treatment that is available is hip replacement surgery. So --

Q When's the last time you receive [*sic*] any treatment for the Perthes Disease?

A The disease affects the bones. So the last time I spoke with anybody about it is that I would have to have hip replacement surgery.

Q When was that approximately?

A Oh, God, I don't know. Fifteen years ago.

Q Okay.

A It's been twenty years ago.

Q Okay. I'm not going to ask you who you talked to because that's too long ago. What damages are you asking for in this case?

A The damages are that they took away, they took away my self-esteem. They, they, they made me feel like that I was not worthy of -- just I don't know. I performed my job for that company as to the best of my ability every day, and they just made me feel useless anymore. They took away -- I enjoyed what I did. So I lost a lot of time. I lost a lot of money.

Q You're now employed, correct?

A Yes, I am.

Q You're employed by Packers?

A Indiana Packers Corporation.

Q Indiana Packers. When did you start working at Indiana Packers?
A December 27th of last year.
Q December 27th of 2021?
A Yeah.
Q Okay. What do you make an hour at Indiana Packers?
A Indiana Packers, right now I'm -- I started at twenty-four dollars and eighty-eight cents an hour. I've since received raise. I'm just under twenty-seven dollars an hour.
Q So you make more now than you did under Indiana Beach, right?
A I make roughly ten to eleven more dollars an hour --
Q Yeah.
A -- than I did at Indiana Beach.
Q Okay, because you're -- I think you said you were making sixteen-fifty an hour at Indiana Beach, right?
A Right.
Q How many hours a week do you work at Indiana Packers?
A Indiana Packers, I work forty hours a week. Every other weekend is required for maintenance there. So I work roughly forty and then sixteen, fifty-six hours every other week.
Q And you probably get paid additional overtime for that, right? Time and a half?